# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES DUFFY,

          Plaintiff,

vs.

BERNARD A. DUFFY, et al.,

          Defendants.

Case No. 2:09-cv-01200-KJD-PAL

**REPORT OF FINDINGS AND RECOMMENDATION**

This matter is before the court on Plaintiff's failure to file an Amended Complaint. On June 30, 2009, Plaintiff filed an Application to Proceed *In Forma Pauperis* (Dkt. #1). On August 14, 2009, the court entered an Order (Dkt. #2) screening Plaintiff's complaint pursuant to 28 U.S.C. § 1915 and finding that it failed to state a claim upon which relief could be granted because it did not state a federal claim or allege a basis for federal jurisdiction. The court further directed that Plaintiff's Complaint be dismissed with thirty-day leave to amend, and warned Plaintiff that "[f]ailure to comply with this Order will result in a recommendation to the District Judge that the Complaint be dismissed." Order at 3:9-10. To date, Plaintiff has not filed an Amended Complaint nor sought an extension of time in which to do so.

Accordingly,

**IT IS RECOMMENDED** that this case be dismissed with prejudice for failure to comply with the court's prior Order (Dkt. #2) and failure to assert a federally cognizable claim.

Dated this 21st day of September, 2009.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE