# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES DUFFY,

    Plaintiff,

v.

BERNARD A. DUFFY, *et al.*,

    Defendants.

Case No. 2:09-CV-01200-KJD-PAL

**ORDER**

    Presently before the Court is the Report of Findings and Recommendation (#5) of Magistrate Judge Peggy A. Leen recommending that Plaintiff's complaint be dismissed for failure to comply with the Court's prior Order (#2) and failure to assert a federally cognizable claim. Though the time for doing so has passed, no objections to the magistrate judge's order have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court finds that the Report of Findings and Recommendation (#5) of the United States Magistrate Judge entered September 22, 2009, should be adopted and affirmed.

    IT IS THEREFORE ORDERED that the Report of Findings and Recommendation (#5) of the United States Magistrate Judge entered September 22, 2009, is **ADOPTED** and **AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice for failure to comply with the Court's prior Order (#2) and failure to assert a federally cognizable claim**.

DATED this 16th day of October 2009.

_____
Kent J. Dawson
United States District Judge

2